IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| FRANKIE WENDELL ERDMAN, JR., | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-414-TFM-C |
| PETER T. FALKNER, *et al.*, | : | |
| Defendants. | : | |

| INGEN1, LLC, *et al.*, | : | |
| --- | --- | --- |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION NO. 1:19-cv-183-TFM-C |
| FRANKIE WENDELL ERDMAN, JR., | : | |
| Defendant. | : | |

**ORDER**

Pending before the Court is the parties' *Joint Stipulation of Dismissal*. Doc. 61, filed January 2, 2020. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by all of the parties. Doc. 61. However, the Court also notes that this case involves counterclaims which are only addressed specifically in Fed. R. Civ. P. 41(a)(2) which states "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the

counterclaim can remain pending for independent adjudication." The parties do not specify the rule, but indicate all of the parties "by and through their respective undersigned counsel, hereby stipulate to and request this Honorable court dismiss all claims against all defendants in both the above-captioned matters with prejudice with costs taxed as paid." Doc. 61. Given the current status, the Court finds it most appropriate to address the parties' stipulation under Fed. R. Civ. P. 41(a)(2).

Consequently, the Court **CONSTRUES** the Stipulation of Dismissal (Doc. 61) as a Motion to Dismiss and this action (to include both claims and counterclaims), and the related action, *INGEN1,LLC v. Erdman*, No. 1:19-cv-00183-TFM-C, are **DISMISSED with prejudice** with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to reopen both cases. The prior order to consolidate the matters is rescinded and the two cases shall be separated. This **ORDER** along with the Motion to Dismiss shall be docketed in both cases and both cases shall then be closed.

**DONE** and **ORDERED** this the 2nd day of January 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE